# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Vicky E. Dittman,** | Bankruptcy No. 15-37320 |
| Debtor. | Honorable Bruce W. Black |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #24)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on July 1, 2016.

Dated: July 4, 2016              **Zane L. Zielinski**, not individually but as the chapter 7 trustee of the bankruptcy estate of **Vicky E. Dittman**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Joseph R. Ramos**    joseph@jramoslaw.com

## MANUAL SERVICE LIST

**VIA U.S. MAIL**
Capital One Bank (Usa), N.A.
Po Box 71083
Charlotte, Nc 28272-1083

**VIA U.S. MAIL**
Springleaf Consumer Loan, Inc.
P.O. Box 3251
Evansville, In 47731-3251

**VIA U.S. MAIL**
**Vicky E. Dittman**
518 N. Hale St.
Plano, IL 60545