UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
                                    §
Vicky E. Dittman                    §    Case No. 15-37320
                                    §
                                    §
        Debtor                      §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 7,800.00                Assets Exempt: 6,448.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 4,332.00    Claims Discharged
                                              Without Payment: 42,922.56

Total Expenses of Administration: 1,322.00

3) Total gross receipts of $ 5,654.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,654.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 17,418.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,322.00 | 1,322.00 | 1,322.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 28,637.00 | 13,102.56 | 13,102.56 | 4,332.00 |
| **TOTAL DISBURSEMENTS** | $ 46,055.00 | $ 14,424.56 | $ 14,424.56 | $ 5,654.00 |

　　　　4)  This case was originally filed under chapter 7 on 10/31/2015 . The case was pending for 12 months.

　　　　5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

　　　　6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

　　　　Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

　　Dated:  10/13/2016　　　　　By:/s/Zane L. Zielinski
　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2016 Tax Refund | 1224-000 | 5,654.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,654.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P.O. Box 901003 Columbus, OH 43224 | | 17,418.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 17,418.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski | 2100-000 | NA | 1,315.40 | 1,315.40 | 1,315.40 |
| Zane L. Zielinski | 2200-000 | NA | 6.60 | 6.60 | 6.60 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,322.00 | $ 1,322.00 | $ 1,322.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Beneficial/Household Finance Co. P.O. Box 3425 Buffalo, NY 14240 | | 0.00 | NA | NA | 0.00 |
| | One Main 6801 Colwell Blvd. Irving, TX 75039 | | 16,734.00 | NA | NA | 0.00 |
| 1 | Capital One Bank (Usa), N.A. | 7100-000 | 1,682.00 | 1,749.60 | 1,749.60 | 578.46 |
| 2 | Springleaf Consumer Loan, Inc. | 7100-000 | 10,221.00 | 11,352.96 | 11,352.96 | 3,753.54 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 28,637.00 | $ 13,102.56 | $ 13,102.56 | $ 4,332.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-37320 | BWB | Judge: | Bruce W. Black | | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|---|---|---|---|
| Case Name: | Vicky E. Dittman | | | | | Date Filed (f) or Converted (c): | 10/31/2015 (f) |
| | | | | | | 341(a) Meeting Date: | 11/30/2015 |
| For Period Ending: | 10/13/2016 | | | | | Claims Bar Date: | 04/20/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account - Fifth Third Bank, Yorkville II - $260.00 | 723.00 | 0.00 | | 0.00 | FA |
| 2. Two Bedroom Sets, Living Room Set, Kitchen Table & Chairs, T | 500.00 | 0.00 | | 0.00 | FA |
| 3. Misc. Books, Dvd's And Cd's | 50.00 | 0.00 | | 0.00 | FA |
| 4. Misc. Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 5. Wedding Band | 175.00 | 0.00 | | 0.00 | FA |
| 6. 401 (K) Plan Through Work | 4,700.00 | 0.00 | | 0.00 | FA |
| 7. 2012 Jeep Compass 130,000 Miles, Fair Condition | 7,800.00 | 0.00 | | 0.00 | FA |
| 8. One Dog (Doeberman) | Unknown | 0.00 | | 0.00 | FA |
| 9. 2016 Tax Refund (u) | 0.00 | 5,654.00 | | 5,654.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $14,248.00    $5,654.00    $5,654.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

| | | |
|---|---|---|
| RE PROP # | 1 -- | Checking account is co-wned with non filing spouse, so balance was amended on 1/14/2016 to $723 which is half of the balance as of the petition date. |
| RE PROP # | 2 -- | On January 14, 2016, the Debtor amended and reduce the value of this asset from $1,000 to $500. |
| RE PROP # | 3 -- | On January 14, 2016, the Debtor reduced the value from $100.00 to $50.00. |
| RE PROP # | 8 -- | On January 14, 2016, the Debtor scheduled the value as Unknown. |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

Initial Projected Date of Final Report (TFR):    Current Projected Date of Final Report (TFR):

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-37320
Case Name: Vicky E. Dittman
Taxpayer ID No: XX-XXX3883
For Period Ending: 10/13/2016

Trustee Name: Zane L. Zielinski
Bank Name: Associated Bank
Account Number/CD#: XXXXXX4610
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/06/16 | 9 | Vicky Dittman<br>518 N. Hale Street<br>Plano, IL 60545 | 2016 Taxes | 1224-000 | $5,654.00 | | $5,654.00 |
| 07/29/16 | 5001 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $1,322.00 | $4,332.00 |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($1,315.40) | 2100-000 | | | |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($6.60) | 2200-000 | | | |
| 07/29/16 | 5002 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 1 representing a payment of 33.06 % per court order. | 7100-000 | | $578.46 | $3,753.54 |
| 07/29/16 | 5003 | Springleaf Consumer Loan, Inc.<br>P.O. Box 3251<br>Evansville, In 47731-3251 | Final distribution to claim 2 representing a payment of 33.06 % per court order. | 7100-000 | | $3,753.54 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $5,654.00 | $5,654.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,654.00 | $5,654.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,654.00 | $5,654.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Page Subtotals: $5,654.00 $5,654.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4610 - Checking | $5,654.00 | $5,654.00 | $0.00 |
|  | $5,654.00 | $5,654.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,654.00 |
| Total Gross Receipts: | $5,654.00 |

Page Subtotals:            $0.00        $0.00